# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RASHAN WILLIAMS

NO. 2019 KW 1189

**DEC 1 8 2019**

---

In Re:    Rashan Williams, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 98-CR5-73282.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** For offenses committed prior to January 1, 2019, non-unanimous twelve-person jury verdicts in Louisiana are constitutional. **State v. Bertrand**, 2008-2215 (La. 3/17/09), 6 So.3d 738. We note, however, that the United States Supreme Court granted certiorari in **Ramos v. Louisiana**, 2016-1199 (La. App. 4th Cir. 11/2/17), 231 So.3d 44, writ denied, 2017-2133 (La. 6/15/18), 257 So.3d 679, and writ denied sub nom., **State ex rel. Evangelisto Ramos v. State**, 2017-1177 (La. 10/15/18), 253 So.3d 1300, and cert. granted, ___ U.S. ___, 139 S.Ct. 1318, 203 L.Ed.2d 563 (2019), to address the question of whether the unanimous jury verdict requirement of the Sixth Amendment to the United States Constitution applies to the states through application of the Fourteenth Amendment. Depending on the Court's ultimate holding in **Ramos**, relator may have grounds to raise this issue again in a future proceeding.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT